1 Douglas A. Kroesch, SB#078835
GALLAWA · BROWN · KROESCH
2 A Professional Corporation
2207 J Street
3 Sacramento, CA 95816-4711
(916) 444-9364 (Telephone)
4 (916) 444-5921 (Facsimile)

6 Attorneys for Defendant, BALTIMORE AIRCOIL COMPANY

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BALTZ, | Case No. 1:10-cv-00058-OWW-SKO |
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| BALTIMORE AIRCOIL COMPANY, JAVIER GARCIA | |
| Defendants. | |

TO THE ABOVE UNITED STATES DISTRICT COURT AND THE CLERK OF THE COURT IN THE ABOVE-ENTITLED ACTION:

 Plaintiff, MICHELLE J. BALTZ, and defendant, BALTIMORE AIRCOIL COMPANY (collectively referred to as the "Parties") acknowledge that a bona fide dispute exists between Parties in connection with the allegations in this lawsuit and that the Parties have agreed to resolve their disputes for fair consideration, conditioned upon dismissal of this lawsuit with prejudice.

 THEREFORE IT IS HEREBY STIPULATED by and between plaintiff, MICHELLE J. BALTZ, and defendant, BALTIMORE AIRCOIL COMPANY, through their respective counsel of record, that the above-entitled action be and hereby is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear her/its own attorneys' fees and costs.

///

PAGE 1
**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1 **IT IS SO STIPULATED.**

2 Dated: February 28, 2011

LAW OFFICES OF WAGNER & JONES

By: _____/s/_____
     Nicholas Wagner
Attorneys for Plaintiff, MICHELLE J. BALTZ

Dated: February 28, 2011

GALLAWA · BROWN · KROESCH
A Professional Corporation

By: _____/s/_____
     Douglas A. Kroesch
Attorneys for Defendant, BALTIMORE AIRCOIL COMPANY

IT IS SO ORDERED.

**Dated:   March 22, 2011**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

PAGE 2
**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**